# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHNNY L. MATTHEWS

NO. 2019 KW 0903

**OCT 2 8 2019**

In Re:   Johnny L. Matthews, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-17-0001.

**BEFORE:   HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

TMH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT